# UNITED STATES DISTRICT COURT OF WESTERN WISCONSIN

Alexander, N. Ricky
    Petitioner
Vs.                        Case # 3:17-CV-786-JDP
Paul Kemper
    Respondent

## Notice of Appeal to the Court of Appeals from a judgment of the District Court

Pro se litigant Ricky N. Alexander, submit this Notice of Appeal pursuant to Fed. R. App. 22 (B) challenging the district court's decision under Rule 60 (b), respondent warden Paul Kemper yet being address to the United States Seventh Circuit Court of Appeals. From the District Court ruling denying of my Habeas Corpus petition under § 2254 entered on 8/ 13/ 2020, petitioner humbly ask this court to accept this notice. And grant an appeal challenging the district court's decision on the merits of constitutional violation stemming from my claims of double jeopardy fifth amendment and sixth amendment infraction.

My notice is untimely for good cause due to the pandemic there were several inmates on my unit infected with the verse so we was on lock down thus we had no movement I had sent a letter to the court of appeals asking for an extension. Because I had no clue what was fed. R. app. 22 they sent a package of the rules then we learned the following week the law library will be open within two weeks so now please forgive my late filing and accept my notice of appeal please.

## Declaration of Ricky N. Alexander

I pro se litigant Ricky N. Alexander under Fed. R. App. P. Rule 4 (c) (1) declares under the penalty of perjury the following are true and correct.

1) I filed a habeas corpus petition challenging the constitutionality of state's decision relating to my conviction.

2) I was denied habeas corpus relief by an erroneous determination of law by the district court on 8/ 13/ 2020.

3) This notice of appeals being brought under Fed. R. App. P. Rule 22 challenging the district court incorrect decision regarding the merits of constitutional violations.

Ricky N. Alexander #570855  
Racine Correctional Institution  
P.O. Box 900  
Sturtevant, WI 53177

Signature: *Ricky Alexander*

Date: 09 / 22 / 2020

Ricky N. Alexander #570855
Racine Correctional Institution
P.O. Box 900   Washington 1 East
Sturtevant, WI 53177

MILWAUKEE WI 530
23 SEP 2020   PM 1   FOREVER USA

Clerk
United States District Court
120 N. Henry St. Room 320
Madison, WI 53703